**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No. 06-cr-00296-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. KEVIN TREADWAY,

       Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     Government's Motion to Extend Response Date to Motions to Suppress Until November 3, 2006 (Doc 35 - filed October 24, 2006) is **GRANTED**.

DATED: October 25, 2006
_____