**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE LEWIS T. BABCOCK**

_____

Courtroom Deputy: LaDonne Bush          Date:  November 9, 2006
Court Reporter:     Gwen Daniel

_____

Criminal Action No. 06-cr-00296-LTB

UNITED STATES OF AMERICA,                Mark Barrett

      Plaintiff,

v.

1.    KEVIN TREADWAY,                    Harvey Steinberg

      Defendant.
_____

**COURTROOM MINUTES**
_____

**Further Status/Scheduling Conference**

3:08 p.m.     Court in session.

Defendant is present and on bond.

**ORDERED:**  The following are denied as moot:

      1.    Request for Notice of Intent to Call Expert Witnesses and Discovery (Doc. 15);

      2.    Motion for Disclosure (Doc. 16);

      3.    Motion for Preservation of Tapes and Notes (Doc. 17);

      4.    Request for Notice of Government's Intent to Use Evidence (Doc. 18);

      5.    Discovery Motion (Doc. 19);

      6.      Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment (Doc. 20); and

      7.      Motion to Disclose and Produce *Brady* (Exculpatory) Material (Doc. 21).

**ORDERED:** The hearing on the suppression motions is set Friday, December 1, 2006, at 3:00 p.m.

3:12 p.m.    Court in recess.

Hearing concluded.
Time: 00:04