**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No. 06-cr-00296-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN TREADWAY,

    Defendant.

_____

**Order**
_____

By stipulation of the parties, all of defendant's discovery motions, Dockets 15, 16, 17, 18, 19, 20 and 21, are DENIED, as moot.

A hearing on defendant's suppression motions, dockets 31, 32, 33 and 34, is set for Friday December 1, 2006 at 3:00pm.

**DONE and ORDERED,** this  9th  day of November, 2006 at Denver, Colorado.

                                                s/Lewis T. Babcock
                                              United States District Chief Judge