**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No. 06-cr-00296-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN TREADWAY,

    Defendant.

_____

**Order**
_____

Defendant's uncontested motion to continue the jury trial currently scheduled to commence January 16, 2007 (Docket #59) is GRANTED. Pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), I find and conclude that the interests of justice served by granting this continuance outweigh the interests of the public and defendant in a speedy trial and that failure to grant this continuance would unreasonably deny defendant continuity of counsel, taking into account the exercise of due diligence. This finding is based in part on defense counsel's first degree murder trial in Denver County District Court, *People v. Aaron Bernal,* Case No. 05-cr-374*,* set to commence January 16, 2007.

All trial settings in this case are VACATED.

The three-day jury trial is reset to commence Monday, March 5, 2007 at 8:30am.

The trial preparation conference is scheduled for Friday March 2, 2007 at 9:30am.

The Government shall submit its list of proposed jury instructions, void dire questions, and its witness and exhibit list no later than Thursday March 1, 2007. Defendant shall submit its

proposed jury instructions, voir dire questions, witness list and exhibit list no later than Thursday March 1, 2007.

    A scheduling/change of plea hearing is set for Tuesday February 13, 2007 at 8:00am.

DONE and ORDERED, this  2nd  day of January, 2007 at Denver, Colorado.

                                                      s/Lewis T. Babcock  
                                               United States District Chief Judge